**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juleen BROWN, a/k/a Carol Baxter,
Defendant–Appellant.**

No. 02–7223.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 20, 2002.

Juleen Brown, Appellant Pro Se. Stephen Wiley Miller, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Juleen Brown appeals the district court's order denying her motion to modify term of imprisonment and her request to allow her to resubmit her claim based on *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), under Fed.R.Civ.P. 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Brown*, No. CR–96–108 (E.D.Va. July 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*